UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH J. GRIFFIN,<br><br>        Petitioner,<br><br>    -against-<br><br>SUPERINTENDENT OF THE MANHATTAN DETENTION COMPLEX/ SUPERINTENDENT OF THE OTIS BANTUM CORRECTION CENTER,<br><br>        Respondents. | 20-CV-1833 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

  Petitioner, currently incarcerated at Rikers Island, brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2241, challenging the constitutionality of his pretrial detention. The Court denies the petition for the reasons set forth below.

  Petitioner has previously submitted to this Court a substantially similar petition challenging his pretrial detention. That case is pending before Judge Alison Nathan of this Court under case number 20-CV-1707 (AJN). Because this petition raises the same claims, no useful purpose would be served by litigating this duplicate petition. Therefore, this petition is denied without prejudice to Petitioner's pending application under case number 20-CV-1707 (AJN).

  The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

  Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: March 3, 2020
       New York, New York

                                                  COLLEEN McMAHON
                                            Chief United States District Judge