UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH J. GRIFFIN,

                Petitioner,

-against-

SUPERINTENDENT OF THE
MANHATTAN DETENTION COMPLEX/
SUPERINTENDENT OF THE OTIS
BANTUM CORRECTION CENTER,

                Respondents.

20-CV-1833 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 3, 2020, denying the petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied without prejudice to the pending action under case number 20-CV-1707 (AJN). Because Petitioner makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   March 3, 2020
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge